## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

UNITED STATES OF AMERICA ex rel. ALEX GURION,

                    Plaintiff,

    -against-                                     18 **CIVIL** 4304 (KPF)

## JUDGMENT

SIGULER GUFF, LP; RUSSIA PARTNERS MANAGEMENT, LLC; DATASPACE PARTNERS, LLC; DREW J. GUFF; VLADIMIR ANDRIENKO,

                    Defendants.

------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 8, 2024, the Court has GRANTED Defendants' motion to dismiss Plaintiff's Amended Complaint with prejudice as to each of them. In addition, the Court has DISMISSED Plaintiff's Amended Complaint without prejudice as to Defendant Vladimir Andrienko; accordingly, the case is closed.

**Dated:** New York, New York

      July 8, 2024

                                                  **DANIEL ORTIZ**
                                                  **Acting Clerk of Court**

                             **BY:**     *K. Mango*

                                                    **Deputy Clerk**